UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


PRIME EXOTIC RENTALS
(A/A/O FABIOLA JEANNOT)

        Plaintiff,

v.                                        CASE NO.: 1:19-cv-22749-CMA

GEICO GENERAL INSURANCE COMPANY,

        Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, PRIME EXOTIC RENTALS (A/A/O FABIOLA JEANNOT), and Defendant,

GEICO GENERAL INSURANCE COMPANY, by and through their undersigned counsel and

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the Dismissal with Prejudice of

this action bearing their own fees and costs.  A proposed Order of Dismissal is attached hereto as

Exhibit 'A".

Respectfully Submitted:

/s/ Ryan Peterson
**Ryan Peterson**
The Patino Law Firm
5005 Le Jeune Road
Hialeah, FL 33013
Tel: 305-821-3100
ryan@patinolawfirm.com
Attorney for Plaintiff


/s/ Abdul-Sumi Dalal
**Abdul-Sumi Dalal**
111 N. Pine Island Road, Suite 103
Plantation, FL 33324

/s/ Derek L. Veliz
**B. RICHARD YOUNG**
**ADAM A. DUKE**
**DEREK L. VELIZ**
Young, Bill, Boles, Palmer,
Duke, & Thompson, P.A.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 3195
Miami, FL 33131
Tel: 305-222-7720
Facsimile: 305-492-7729
Attorneys for Defendant

Tel: 954-507-4500
Facsimile: 954-507-4502
service@johnsondalal.com
Co-Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25 day of November, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 **/s/ DEREK L. VELIZ**
**B. RICHARD YOUNG**
Florida Bar No.: 442682
bryoung@flalawyer.net
**ADAM A. DUKE**
Florida Bar No.: 0055734
aduke@flalawyer.net
**DEREK L. VELIZ**
Florida Bar No.: 113431
dveliz@flalawyer.net
Young, Bill, Boles, Palmer,
Duke & Thompson, P.A.
One Biscayne Tower, Suite 3195
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 222-7720
Facsimile: (305) 492-7729
Attorneys for GEICO

<u>**SERVICE LIST**</u>
**PRIME EXOTIC RENTALS (A/A/O FABIOLA JEANNOT)**
**vs.**
**GEICO GENERAL INSURANCE COMPANY**
**CASE NO.: 1:19-cv-22749-CMA**


**RICHARD PATINO, ESQ.**
**RYAN PETERSON, ESQ.**
The Patino Law Firm
5005 LeJeune Road
Hialeah, FL 33013
service@patinolawfirm.com
ryan@patinolawfirm.com
Tel: 305-821-3100
Attorney for Plaintiff
*Via Electronic Mail and/or Regular U.S. Mail*

**ABDUL- SUMI DALAL, ESQ.**
Johnson Dalal, PLLC.
111 N. Pine Island Road
Suite 103
Plantation, FL 33324
Service@Johnsondalal.com
*Co-counsel for Plaintiff*
*Via Electronic Mail and/or Regular U.S. Mail*